# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>        Plaintiff,<br><br>   vs.<br><br>LOPEZ, et al.,<br><br>        Defendants. | 1:13cv00055 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**THIRTY-DAY DEADLINE** |

    Plaintiff Richard Earl George ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on January 14, 2013.[1]

    Pursuant to Court order, Plaintiff filed a First Amended Complaint ("FAC") on October 7, 2013. On March 14, 2014, the Court screened the FAC and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not complied with the order or otherwise contacted the Court.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within THIRTY (30) days of the date of service of this

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on January 28, 2013.

order.  Plaintiff may also comply with this order by filing his amended complaint within this time frame.

**The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 5, 2014**                              /s/ Dennis L. Beck
                                                       UNITED STATES MAGISTRATE JUDGE